```
                         United States Bankruptcy Court
                          Eastern District of New York

In re:                                                          Case No. 18-46371-ess
Rozell R Taylor                                                 Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0207-1        User: frandazzo          Page 1 of 2          Date Rcvd: Nov 01, 2018
                            Form ID: 245             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db             +Rozell R Taylor,    19409 111th Ave.,   Saint Albans, NY 11412-2013
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9391458        +ACI - American Coradius,    2420 Sweet Home Rd.,    Suite# 150,   Buffalo, NY 14228-2244
9391457        +Account service dept,    POB 731,   Mahwah, NJ 07430-0731
9391459        +Allied Interstate,    13111 E. Briarwood Avenue,    # 340,   Englewood, CO 80112-3913
9391460         Alltran Financial, LP,    P.O.B. 729910,   Houston, TX 77272-2910
9391461        +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
9391463        +Cap1/l&t,    Po Box 30253,   Salt Lake City, UT 84130-0253
9391464        +Cap1/saks,    3455 Highway 80 W,   Jackson, MS 39209-7202
9391466        +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
9391468        +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
9391473        +Comenitycb/ballard,    Po Box 182120,   Columbus, OH 43218-2120
9391475        +Convergent Outsourcing In,    800 SW 39th St.,    PO Box 9004,   Renton, WA 98057-9004
9391478        +Discover Bank,    502 E Market St,   Greenwood, DE 19950-9700
9391480        +Dsnb Bloom,    Po Box 8218,   Mason, OH 45040-8218
9391481        +Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
9391482        +Equifax Credit Info. Serv,    P.O. Box 740241,    Atlanta, GA 30374-0241
9391483        +Experian National Consume,    P.O. Box 4500,   Allen, TX 75013-1311
9391484        +Exxmblciti,    Po Box 6497,   Sioux Falls, SD 57117-6497
9391486       ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,   COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus,     60 Motor Parkway,    Commack, NY 11725-9030)
9391485        +Fed Loan Serv,    Pob 60610,   Harrisburg, PA 17106-0610
9391487         IC Systems Inc.,    444 Highway 96 Street,    P.O.B. 64378,   Saint Paul, MN 55164-0378
9391490        +IRA,   POB 651,    Nesconset, NY 11767-0651
9391491        +Klarna Webank,    629 N High St,   3d Flr,   Columbus, OH 43215-2025
9391492        +Long Island University,    Att: Bursar,   700 Northern Blvd.,    Greenvale, NY 11548-1319
9391493         Mercantile,    P.O. Box 9054,   Buffalo, NY 14231-9054
9391496        +RGS,   POB 6559,    Englewood, CO 80155-6559
9391497        +Sears,   PO Box 182149,    Columbus, OH 43218-2149
9391498        +Sears Home Improvement,    1024 Florida Central Pkwy,    Longwood, FL 32750-7579
9391499         Sears Home Improvement,    POB 522290,   Longwood, FL 32752-2290
9391508       ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,   Bankruptcy Department,     PO Box 20907,
                 Tampa, FL 33622)
9391509        +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
9391510        +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
9391511         TransUnion Consumer Relat,    P.O. Box 1000,   Chester, PA 19016
9391514        +US Dept Justice Tax,    Box 55,   Ben Franklin Station,   Washington, DC 20044-0055
9391512        +United States Attorney,    Bankruptcy - Civil,    271 Cadman Plaza East,
                 Brooklyn, NY 11201-1800
9391516        +Wf Bank Na,    Po Box 14517,   Des Moines, IA 50306-3517
9391518        +Zwicker & Associates, P.C,    120 Allens Creek Road,    Rochester, NY 14618-3306
9391500        +simm,   600 Pencader dr.,    Newark, DE 19702-3348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Nov 01 2018 18:50:39
                 NYS Department of Taxation & Finance,   Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 01 2018 18:49:50
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9391462        +E-mail/Text: bankruptcynotices@bethpagefcu.com Nov 01 2018 18:49:29     Bethpage Fed Cr Union,
                 899 S Oyster Bay Rd,   Bethpage, NY 11714-1031
9391465        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2018 18:52:01     Capital One Bank,
                 1680 Capital One Dr.,   Mc Lean, VA 22102-3407
9391469        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 18:49:45     Comenity Bank/pier 1,
                 Po Box 182789,   Columbus, OH 43218-2789
9391470        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 18:49:45     Comenitybank/jared,
                 Po Box 182789,   Columbus, OH 43218-2789
9391471        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 18:49:45     Comenitybank/wayfair,
                 Po Box 182789,   Columbus, OH 43218-2789
9391472        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 18:49:45     Comenitybk/williamsnom,
                 Po Box 182120,   Columbus, OH 43218-2120
9391474        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 18:49:45     Comenitycb/grandinroad,
                 Po Box 182120,   Columbus, OH 43218-2120
9391479        +E-mail/Text: mrdiscen@discover.com Nov 01 2018 18:49:27    Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
9391488         E-mail/Text: cio.bncmail@irs.gov Nov 01 2018 18:49:36    Internal Revenue Service,
                 11601 Roosevelt Blvd.,    P.O. Box 21126,   Philadelphia, PA 19114
9391494        +E-mail/Text: bnc@nordstrom.com Nov 01 2018 18:49:33    Nordstrom/td Bank Usa,
                 13531 E Caley Ave,   Englewood, CO 80111-6504
```

```
District/off: 0207-1          User: frandazzo             Page 2 of 2                  Date Rcvd: Nov 01, 2018
                              Form ID: 245                Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9391501        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:31      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
9391502        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:53      Syncb/bp,    Po Box 965024,
                 Orlando, FL 32896-5024
9391503        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:10      Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
9391504        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:31      Syncb/sony Financial S,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
9391506        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:31      Syncb/the Container St,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
9391507        +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2018 18:51:11      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
9391515        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 18:49:25
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
9391476        +E-mail/Text: bankruptcy@credencerm.com Nov 01 2018 18:50:15       credence,    17000 Dallas pkwy,
                 # 204,    Dallas, TX 75248-1940
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9391477          Debt Collectors,    Collection Agencies and,    Attorneys for Matrix
9391467*        +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
9391513*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   US Department of Treasury,    Financial Managmt Service,
                 PO Box 1686,    Birmingham, AL 35201)
9391489*         Internal Revenue Service,    Centralized Insolvency,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
9391495*        +Nordstrom/td Bank Usa,    13531 E Caley Ave,    Englewood, CO 80111-6504
9391505*        +Syncb/sony Financial S,    950 Forrer Blvd,    Kettering, OH 45420-1469
9391517*        +Wf Bank Na,    Po Box 14517,    Des Moines, IA 50306-3517
                                                                                    TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Jacob Silver    on behalf of Debtor Rozell R Taylor silverbankruptcy@gmail.com,
               r39976@notify.bestcase.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Rozell R Taylor** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | **Eastern District of New York** |
| Case number: | **1–18–46371–ess** |

Social Security number or ITIN **xxx–xx–1929**
EIN  _ _–_ _ _ _ _ _ _
Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _
Date case filed for chapter **7   10/31/18**

# NOTICE OF ELECTRONIC FILING PROCEDURE
# INFORMATION REGARDING MEETING OF CREDITORS

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with E.D.N.Y. LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Microsoft Word include a built–in conversion utility. Use a separate flash drive or CD–ROM/DVD for each filing. Submit the CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the flash drive or CD–ROM/DVD.

**Important Note: If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to the second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: November 1, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

# NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

## What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

## What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

**BLnef.jsp** [Notice of Electronic Filing rev. 02/01/17]